No. 91–6662.   SPENCE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 91–6669.   HALL *v.* KELNHOFER, ARKANSAS DEPARTMENT OF CORRECTIONS SCHOOL DISTRICT, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 91–6673.   SPENCE *v.* NIX, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 91–6674.   YOUNG *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 91–6677.   STRANGE *v.* SAFFEL, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 91–6679.   SCHULTZ ET UX. *v.* DIVERSIFIED SERVICES CO., INC.   C. A. 7th Cir.   Certiorari denied.

No. 91–6684.   CARPENTER *v.* MISSOURI.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 91–6689.   CASEY ET AL. *v.* HARRELL ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 91–6691.   TEJADA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 91–6692.   WHITE *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 91–6697.   TURNER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 91–6698.   SAUNDERS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 91–6699.   PEREZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 91–6701.   TAYLOR *v.* DOMOVICH ET AL.   C. A. 3d Cir.   Certiorari denied.